UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN QUINN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-02174-O |
| | § | ECF |
| JOSEPH A. AUTEM, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Motion to Remand (Doc. # 14), filed January 21, 2009. On April 22, 2009, the Court referred Plaintiff's motion to United States Magistrate Judge Sanderson for a recommendation or determination. *See* Doc. # 19; 28 U.S.C. § 636(b). On June 2, 2009, Magistrate Judge Sanderson issued a Report and Recommendation (Doc. # 20) recommending that Plaintiff's motion be granted and this case be remanded to the 14th Judicial District Court of Dallas County, Texas. No objections have been filed to the Recommendation of the Magistrate Judge.

After conducting a review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge (Doc. # 20) and, in accordance with 28 U.S.C. § 636(b)(1) the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Accordingly, Plaintiff's Motion to Remand (Doc. # 14) is GRANTED and this case is remanded to the 14th Judicial District Court of Dallas County, Texas.

**SO ORDERED** on this **6th** day of **July, 2009.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**